no substantial error having been alleged or committed, the judgment is affirmed.

No. 2633. FINE, APPELLANT, *v.* HEIRS OF FIGUEROA, APPELLEES, — District Court of Humacao. Ejectment. Decided November 27, 1922. Considering the briefs and the record, the court concluded that the evidence produced by the plaintiff is not sufficient to establish the ownership of the property claimed or to identify it, for which reason the judgment is affirmed.

No. 2884. ROBLEDO, APPELLEE, *v.* GOFFINET ET AL., APPELLANTS.—District Court of Humacao. Decided November 28, 1922. The appellee's motion for dismissal is sustained.

No. 2884. ROBLEDO, APPELLEE, *v.* GOFFINET ET AL., APPELLANTS.—District Court of Humacao. Decided November 28, 1922. Considering the motion of withdrawal filed by José Jiménez Hernández, with the acquiescence of the adverse party, his appeal is dismissed.

No. 387. KOESTER, PETITIONER, *v.* DISTRICT COURT OF ARECIBO, RESPONDENT.—Certiorari. Decided November 28, 1922. For the reasons stated in *Mercado et al.* v. *Succession* of *Ferreiro,* 26 P. R. R. 433, *Vieira & Co.* v. *Reyes,* 28 P. R. R. 74, *Successors of Sanders, Philippi & Co.,* v. *Rivera,* 28 P. R. R. 901, and *Ruiz* v. *Succession of Jiménez,* 28 P. R. R. 931, the writ is discharged.

No. 2905. RIVERA ET AL., APPELLANTS, *v.* RIVERA, APPELLEE. — District Court of Guayama. Decided November 28, 1922. The appellee's motion for dismissal is sustained.

No. 234. FONT, APPELLANT, *v.* RAMÍREZ, APPELLEE.—District Court of San Juan, Section 2. Injunction. Decided November 28, 1922. The appellant's motion of withdrawal is sustained.

No. 1971. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT. — District Court of Ponce. Decided December 1, 1922. Violation of the excise-tax law. The record shows that the